

**FILED & ENTERED**

**JUL 07 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Louise Fulchiero,<br><br><br><br><br><br>Debtor(s). | Case No.: 2:16-bk-16786-NB<br><br>CHAPTER 13<br><br>**ORDER DISMISSING CASE FILED IN VIOLATION OF 180-DAY BAR TO REFILING**<br><br>[No Hearing Required] |

On September 8, 2015, the above-captioned debtor filed a chapter 13 case in the United States Bankruptcy Court for the Central District of California, San Fernando Valley Divisioni, case no. 1:15-bk-12982-MT.  On February 29, 2016, that case was dismissed with a 180-day bar to refiling (case 1:15-bk-12982-MT, dkt. 36).  This court has reviewed the case docket, and it appears that no order lifting the bar to refiling has been entered.

On May 22, 2016, the debtor filed the above-captioned bankruptcy case, prior to the expiration of the 180-day bar to refiling imposed in her prior case.  The debtor's

//

bankruptcy petition having been erroneously accepted for filing in contravention of a prior court order, and with good cause appearing, it is hereby

ORDERED that this bankruptcy case is dismissed.  Any discharge entered in this case is vacated.  This court retains jurisdiction to the extent provided by law and, if applicable, on all issues involving sanctions or arising under Bankruptcy Code §§ 110, 329 and 362.

###

Date: July 7, 2016

Neil W. Bason
United States Bankruptcy Judge